# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### EVANSVILLE DIVISION

ROBERT WEBB, )
)
       Plaintiff, )
)
       v. )    No. 3:23-cv-00090-RLY-CSW
)
SABIC INNOVATIVE PLASTICS US, LLC, )
)
       Defendant. )

## ACKNOWLEDGMENT OF STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of this action with prejudice.  Under the Federal Rules of Civil Procedure, "no order is needed to effect a voluntary dismissal."  *Jenkins v. Village of Maywood*, 506 F.3d 622, 623 (7th Cir. 2007); *see also Szabo Food Serv., Inc. v. Canteen Corp.*, 823 F.2d 1073, 1078 (7th Cir. 1987) ("The dismissal terminates the case all by itself.").  The court acknowledges this case is now closed.

**IT IS SO ORDERED** this 3rd day of September 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1